# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:87-cr-00166-APG-LRL |
| Plaintiff | **Order** |
| v. | |
| ERNESTO TRASLAVINA, | |
| Defendant | |

I ORDER that the United States of America's response to defendant Ernesto Traslavina's motion to cancel, quash, or discharge his fine (ECF No. 412) is due by June 17, 2022.

I FURTHER ORDER that defendant Ernesto Traslavina's reply is due by June 24, 2022.

DATED this 2nd day of June, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE