# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:87-cr-00166-APG-LRL |
|---|---|
| Plaintiff | **Order Denying Motion for Reconsideration** |
| v. | [ECF No. 424] |
| ERNESTO TRASLAVINA, | |
| Defendant | |

Defendant Ernesto Traslavina moves for reconsideration of my order denying his prior motion to cancel, quash, or discharge his fine. In issuing my order, I rejected the arguments he reasserts in his present motion. Traslavina's motion offers no reason for me to reconsider my prior decision.

I THEREFORE ORDER that defendant Ernesto Traslavina's motion for reconsideration (ECF No. 424) is denied.

DATED this 21st day of September, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE