JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Summer.Johnson@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:87-cr-00166-APG-LRL |
| Plaintiff, | **ORDER GRANTING United States' Motion to Extend the Time to File its Response to Defendant's Motion For Return of Property, ECF 432** |
| v. | |
| ERNESTO TRASLAVINA, | **(First Request)** |
| Defendant. | |

    The United States of America moves this Court for an Order extending the time for the United States to file its response regarding Defendant's Motion for Return of Property, ECF No. 432. The current deadline is November 12, 2024. The government requests an extension of time to and including February 14, 2025. This is the United States' first request.

    In Defendant's Motion to Return Property (ECF No. 432), he seeks the return of two assets which were he states were forfeited as a result of or as part of his criminal case. The Defendant has already sought the return of one of the items, the Cessna airplane, and the Ninth Circuit upheld the denial of his request in 2004. *See United States v. Traslavina*, 111 F. App'x 469, 470 (9th Cir. 2004).

Regarding the second item, and for the first time in this matter, Defendant seeks the return of real property located at 903 Capri Avenue, Jean, Nevada, which he states was forfeited without proper notice. Because of the age of this matter, obtaining information relative to whether the Capri Avenue property was forfeited and under what circumstances it was forfeited is made more difficult as the Court's electronic records do not have documents which are available in electronic format from 1989, when Defendant claims that the 903 Capri Avenue property was forfeited. Undersigned counsel believes she may need to request documents presently held in the district court's archives or from the US Attorney's files currently held at the National Archives and Records Administration in order to determine an appropriate response to Mr. Traslavina's Motion. As a result, the United States respectfully seeks an extension to respond to Mr. Traslavina's Motion to Return Property until February 14, 2025.

Respectfully submitted this 12th day of November, 2024.

JASON M. FRIERSON
United States Attorney

/s/ Summer A. Johnson
SUMMER A. JOHNSON
Assistant United States Attorney

IT IS SO ORDERED:

Dated: November 13, 2024

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2