# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff<br><br>v.<br><br>ERNESTO TRASLAVINA,<br><br>　　Defendant | Case No.: 2:87-cr-00166-APG-LRL<br><br>**Order (1) Denying Motion to Cease and Desist and (2) Denying Motion to file Surreply**<br><br>[ECF Nos. 431, 437] |

Defendant Ernesto Traslavina moves for an order that the United States "cease and desist" from further collections of the court-ordered fine imposed on him at sentencing. ECF No. 431.  The Government agrees that its ability to collect that fine terminated on December 7, 2024 and represents it is no longer attempting to collect that fine.  I therefore deny Traslavina's motion as moot.

The United States also moves to file a surreply addressing the evidence in Traslavina's reply brief. ECF No. 437.  Given that I am denying Traslavina's motion, I deny the United States' motion as moot.

I THEREFORE ORDER that defendant Ernesto Traslavina's motion to cease and desist **(ECF No. 431) is denied as moot** and the United States' motion to file a surreply **(ECF No. 437) is denied as moot**.

DATED this 31st day of December, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE