# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:87-cr-00166-APG-LRL |
| Plaintiff | **Order** |
| v. | |
| ERNESTO TRASLAVINA, | |
| Defendant | |

I previously extended the deadline for the United States to respond to defendant Ernesto Traslavina's motion for return of property (ECF No. 432) to February 14, 2025. ECF No. 435. However, the United States has not filed a response as of this date.

I THEREFORE ORDER that the United States shall file a response to defendant Ernesto Traslavina's motion for return of property (ECF No. 432) by March 3, 2025.

DATED this 21st day of February, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE